FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 19 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE/YAKIMA DIVISION

In Re:

Agnes Niczyporuk

    Secured Creditor.

Chapter 7

Bankruptcy Case No: 23-00329

24-cv-00423

### CORRECTION OF ERRORS IN COURT HEARING TRANSCRIPT

I, Agnes Niczyporuk, being duly sworn under oath and in accordance with the laws of the United States and the State of Washington, hereby present the following under notary seal regarding material errors in the transcript of the court proceedings held on **December 3, 2024,** before **Judge Fredrick Corbit**, in case **Agnes Niczyporuk, Case # 23-00329**

Upon review of the official court transcript prepared by **Gina M. Cozza**, I have identified specific errors that materially affect the accuracy of the record. The errors are as follows:

1. Page 2, Line 20, "admitted signing **the** note in order to buy the house…" Should be admitted signing **a** note in order to buy the house…"

2. Page 3, Line 17: Do you have any financial interest in this case? **[inaudible]** should be "Do you have any financial interest in this case **or the mortgage-backed securities involved?"**

3. Page 3, Line 26: **"FRBP two zero, zero two."** Should be **"FRBP…and so is attorney Lance, I believe…two zero, zero two."**

4. Page 3, Line 27 and 28: Michelle **[inaudible]** managing partner of **[inaudible]** is alleged substituted **[inaudible]** for the current creditor **[crosstalk]** should be Michelle **Ghidotti** managing partner of **Ghidotti Berger** is alleged substituted **trustee** for the current creditor **in the proof of claim** [crosstalk]

5. Page 4, Lines 8-10: "Your Honor, it is clear that [inaudible] constitutional rights to due process have been repeatedly denied in this proceeding. And I cannot stand silent while these court considers property that's been [inaudible] fraudulent evidence as valid"

   should be "Your Honor, it is clear that **my** constitutional rights to due process have been repeatedly denied in **these** proceedings. And I cannot stand silent while these court considers **fabricated and** fraudulent evidence as valid."

The actions outlined in this case seem to violate multiple federal statutes, including 18 USC 241, which prohibits conspiracies to deprive individuals of their rights. It appears that two or more individuals are conspiring to deny me my Constitutionally protected rights through injury, intimidation, and oppression, thereby infringing upon the protections guaranteed to me. Furthermore, the willful deprivation of my rights under 18 USC 242 is evident, as two or more parties in this courtroom are actively engaged in denying those rights. Additionally, given that this property is held in a Trust, it seems clear that 15 USC 1 is being violated by the court and all parties involved. Agnes Niczyporuk, acting as the new assignor and successor trustee, now claims ownership of the property—despite it having been paid in full on the date the promissory note was signed. If this is not the case, I request that the promissory note signed by all relevant parties be presented. Moreover, it is critical to note that Agnes Niczyporuk, described as a life-woman, is also being harmed in the process.

These errors alter the factual representation of the proceedings and may impact on the fair administration of justice. Accordingly, I respectfully request that the Court direct the appropriate corrections to be made to the official record pursuant to Federal Rule of Appellate Procedure 10(e) and local court procedures governing transcript modifications.

I further certify that a copy of this Present under Notary Seal has been served upon all relevant parties and attached to my criminal complaint, including the court reporter responsible for preparing the transcript, in accordance with court rules.

I affirm, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Dated this ___7___ of March 2025

_____
Agnes Niczyporuk

## NOTARY PUBLIC ACKNOWLEDGMENT

State of Washington
County of Spokane

On this 17th day of **March 2025**, before me, Richard A Burt II, a Notary Public in and for the State of Washington, personally appeared Agnes Niczyporuk, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.
In witness whereof, I hereunto set my hand and official seal.

_____
[Notary Public's Name] Richard A Burt II
Notary Public, State of Washington
My Commission Expires: 11/2/28



US Bankruptcy Court – Clerk of Court

Cert Mail  #9589 0710 5270 1443 8736 78


Gina M. Cozza - Bankruptcy Court Transcriptionist

Cert Mail  #9589 0710 5270 1443 8736 85



3 of 3

## AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

STATE of __WA__ )
) ss.
COUNTY of __Spokane__ )

On this 17th day of March, 2025, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Agnes Niczyporuk identified herself to me and provided me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number

#9589 0710 5270 1443 8736 78 to
UNITED STATES BANKRUPTCY COURT CLERK'S OFFICE
904 W Riverside Ave suite 304
Spokane, WA 99201

and

#9589 0710 5270 1443 8736 85
Gina M. Cozza
518 E Nebraska Ave
Spokane, WA 99208

**LIST OF DOCUMENTS MAILED:**

1. NOTARY PRESENTMENT 1 PAGE
2. CORRECTION OF ERRORS IN COURT HEARING TRANSCRIPT – 3 PAGE

WITNESS my hand and official seal.

_____     __3/17/25__
NOTARY PUBLIC                                        DATE

My commission expires: __Nov__  __02__, 20__28__

[Notary seal: RICHARD A BURT, Commission Expires 11-02-2028, NOTARY PUBLIC, License Number 20119191, STATE OF WASHINGTON]

**LEGAL NOTICE**
The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.



