FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

In re:

AGNES NICZYPORUK,

    Debtor.

No. 2:24-CV-00423-SAB

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

    Before the Court is Ms. Niczyporuk's Motion to Alter or Amend Judgment Under Rule 59(e) and for Relief from Judgment Under Rule 60(b), ECF No. 17. Ms. Niczyporuk is representing herself in this matter.

    Ms. Niczyporuk asks the Court to reconsider its Order dismissing her appeal. Ms. Niczyporuk has failed to establish any factual or legal basis for reversing the Bankruptcy Court's orders or this Court's Order. *See Kona Enterprises, Inc. v. Estate of Bishop,* 229, F.3d 877, 890 (9th Cir. 2000). She is essentially making the same arguments she made before the Bankruptcy Court and this Court. As set forth in the bankruptcy court's orders, her arguments are frivolous and without merit.

//
//
//
//

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Ms. Niczyporuk's Motion to Alter or Amend Judgment Under Rule 59(e) and for Relief from Judgment Under Rule 60(b), ECF No. 17, is **DENIED.**

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and **close** the file.

**DATED** this 22nd day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 2**